

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Sacajawea Warren v. The State of Texas

Appellate case number:   01-12-00649-CR

Trial court case number: 1301748

Trial court:             338th District Court of Harris County

      It is ORDERED that the further motion for rehearing is denied.

Judge's signature:  /s/ Laura Carter Higley
                     Acting for the Court

Panel consists of Justices Jennings, Higley, and Sharp.

Date: June 3, 2014